207 F.2d 955
 McKAY PACKERS, Inc.,
v.
FIREMEN'S INS. CO. OF NEWARK, N.J., et al.
 No. 58, Docket 22797.
 United States Court of Appeals
Second Circuit.
 Argued Nov. 2, 1953.
Decided Nov. 6, 1953.
 
 Finkelstein & Robinson, Schneider & Lichtenstein, New York City, of counsel, for plaintiff-appellee.
 Max J. Gwertzman, New York City, for defendant-appellant.
 Before CHASE, Chief Judge, CLARK, Circuit Judge, and BRENNAN, District judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed. Title 28 U.S.C.A. § 1447(d). Metropolitan Casualty Co. v. Stevens, 312 U.S. 563, 565, 61 S.Ct. 715, 85 L.Ed. 1044.